LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/24

May 22, 2024

Via ECF

The Honorable Vincent L. Briccetti
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 5/23/24
White Plains, NY

RE:  United States v. Carl Henry
     Case No.: 7:23CR454 (VB)

Dear Judge Briccetti:

The undersigned has been appointed to represent Mr. Carl Henry in the above-captioned matter. I am writing to request permission to have Attorney James M. Roth, who represents a co-defendant, stand-in for me at the status conference scheduled for May 30, 2024, at 10:30 a.m. I respectfully request that I be excused from attending the defendant's status conference, as I am currently on trial in U.S. v. Maliek Miller, Case No.: 1:20CR331 (LDH) in the Eastern District of New York and will be unable to attend.

I have discussed this application with Attorney James Roth, who has informed me that he has no objection to representing myself at Mr. Henry's status conference. I am also scheduled to discuss my absence at the status conference with Mr. Henry prior to the status conference to confirm his approval.

For the above stated reasons, I respectfully request that the Court excuse my absence from the defendant's status conference.

Respectfully submitted,

/s/ Bruce D. Koffsky

BDK/ls
cc:  All Counsel of Record