UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA         :
                                                        :       **ORDER ACCEPTING**
v.                                                       :       **PLEA ALLOCUTION**
                                                       :
CARL HENRY,                     :       23 CR 454-3 (VB)
                Defendant.      :
----------------------------------------------------x

       The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated August 21, 2024, is approved and accepted, and the defendant is adjudged guilty of Count One and Count Three of the indictment.

       The Clerk is directed to enter the guilty plea.

Dated: October 30, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024